**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**MICHAEL CARLOS FRENCH, #57033**                                                    **PLAINTIFF**

**VERSUS**                            **CIVIL ACTION NO. 4:05cv68TSL-AGN**

**JIM HOOD, et al.**                                                               **DEFENDANTS**

**FINAL JUDGMENT**

This cause is before the court, sua sponte, for consideration of dismissal. Pursuant to the opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the   2nd   day of February, 2006.


                                                     /s/ Tom S. Lee
                                                     UNITED STATES DISTRICT JUDGE